# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2627

_____

STATE OF FLORIDA, DEPARTMENT
OF HIGHWAY SAFETY AND MOTOR
VEHICLES,

    Appellant,

    v.

KEVIN WAYNE SIMMONS,

    Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Frederick L. Koberlein, Jr., Judge.

December 9, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

David J. Arthmann, General Counsel, Department of Highway Safety and Motor Vehicles, Tallahassee, for Appellant.

No appearance for Appellee.